# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WELLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. DISTRICT COURT,<br><br>　　　　　Respondent. | ) Case No. CV 11-1047 DOC (JCG)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the concurrently filed Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability.

DATED: February 9, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE